**Illes P. CSORBA, Plaintiff—Appellant,**

v.

**LITTON ELECTRONIC TUBES DIVISION, Defendant—Appellee.**

No. 01–16021.

D.C. No. CV–96–02302–SMM.

United States Court of Appeals, Ninth Circuit.

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Submitted June 10, 2002.*

Decided June 12, 2002.

Before O'SCANNLAIN, BERZON, and RAWLINSON, Circuit Judges.

MEMORANDUM**

Illes P. Csorba appeals pro se the district court's order awarding Litton Electronic Tubes Division ("Litton") $60,406.60 in attorney's fees and nontaxable expenses incurred in defending against Csorba's employment discrimination action. We have jurisdiction pursuant to 28 U.S.C. § 1291. We review for abuse of discretion. *See Harris v. Marhoefer,* 24 F.3d 16, 19–20 (9th Cir.1994) (nontaxable expenses); *Miller v. Los Angeles County Bd. of Educ.,* 827 F.2d 617, 619 (9th Cir.1987) (attorney's fees). We affirm in part, and vacate and remand in part.

The district court did not abuse its discretion in awarding Litton $1,540.10 in nontaxable expenses because that amount is reasonable in light of the nature and length of the litigation. *See Harris,* 24 F.3d at 19–20 (awarding reasonable out-of-pocket expenses pursuant to 42 U.S.C. § 1988); Ariz.Rev.Stat. § 12–349(A) (authorizing award of expenses if a party "brings or defends a claim without substantial justification").

The district court abused its discretion in awarding Litton $58,866.50 in attorney's fees, however, because it did not expressly consider Csorba's ability to pay the award.

*See Miller,* 827 F.2d at 621. We therefore vacate the district court's attorney's fee award and remand for further consideration.

Csorba's contention that Judge McNamee was biased against him is without merit. *See* 28 U.S.C. § 455(a); *Pau v. Yosemite Park & Curry Co.,* 928 F.2d 880, 884–85 (9th Cir.1991).

We deny Csorba's pending motion to expedite the appeal.

The parties shall bear their own costs on appeal.

**AFFIRMED IN PART, AND VACATED AND REMANDED IN PART.**

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as may be provided by Ninth Circuit Rule 36–3.

